UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| In re:<br><br>CVAH, INC.,<br><br>　　　　　Debtor.<br><br>NOAH G. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-reference Debtor,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>WELLS FARGO BANK, N.A.; and Does 1-5,<br><br>　　　　　Defendants. | Case No. 1:15-cv-499-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |
|---|---|

Based upon a stipulation filed by the parties, the bankruptcy court previously entered an Order of Dismissal. *See* Dkt. 62 in Case No. 15-6035-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs.



DATED: November 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**DISMISSAL ORDER - 1**